Scott Rose, ISB No. 4197
300 W. Main, Ste. 153
Boise, Idaho 83702
Telephone:  (208) 342-2552
Facsimile:  (208) 342-3669
*scott@idahoiplaw.com*

Julie Klein Fischer, ISB No. 4601
Shelli D. Stewart, ISB No. 7459
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho 83687
Telephone:  (208) 475-2200
Facsimile:  (208) 475-2201
*jfischer@morrowfischer.com*
*sstewart@morrowfischer.com*

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAURIE DETTRICH, an individual,    ) | |
| ) | **CASE NO.  CV-10-434-S-WBS** |
| Plaintiff,    ) | |
| ) | |
| -vs-    ) | **NOTICE OF SETTLEMENT** |
| ) | |
| ERIC K. SHINSEKI, Secretary, United States    ) | |
| Department of Veterans Affairs,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

COMES NOW, Plaintiff, Laurie Dettrich, by and through her attorney of record, Julie Klein Fischer of the law firm of Morrow & Fischer, PLLC, and Defendant, Eric K. Shinseki, Secretary of the United States Department of Veterans Affairs, by and through his/its attorney of

NOTICE OF SETTLEMENT - 1

record, Nicholas J. Woychick of the U.S. Attorney's Office, and provides the Court with notice that this case has been settled between the parties.  The parties are awaiting transfer of the settlement funds, which is expected to occur within 6 weeks.  As soon as the settlement funds are transferred, the parties intend to stipulate to dismiss this matter in its entirety.

DATED this 9th day of July, 2012.

                MORROW & FISCHER, PLLC

                By:     /s/ Julie Klein Fischer
                   Julie Klein Fischer
                   Attorney for Plaintiff

DATED this 9th day of July, 2012.

                U.S. ATTORNEY'S OFFICE

                By     /s/ Nicholas J. Woychick
                   Nicholas J. Woychick,
                   Deputy U.S. Attorney
                   Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nicholas J. Woychick
United States Attorney for Defendant
*Nick.Woychick@usdoj.gov*

Scott Rose
Co-Counsel for Plaintiff
*scott@idahoiplaw.com*

                      /s/ Julie Klein Fischer
                 for MORROW & FISCHER, PLLC

T:\Clients\D\Dettrich, Laurie 25173\Pleadings\Notice of Settlement.doc

NOTICE OF SETTLEMENT - 2