WENDY J. OLSON, IDAHO BAR NO. 7634
UNITED STATES ATTORNEY
**NICHOLAS J. WOYCHICK, IDAHO BAR NO. 3912**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, ID 83712-9903
TELEPHONE:  (208) 334-1211
FACSIMILE:  (208) 334-1414

Attorneys for  Defendant Eric K. Shinseki, Secretary of the
United States Department of Veterans Affairs


UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAURIE DETTRICH, an individual, | ) |
| | )   Civil No. 10-0434-S-WBS |
| Plaintiff, | ) |
| | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| ERIC K. SHINSEKI, Secretary, United States | ) |
| Department of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COME NOW, Defendant Eric K. Shinseki, by and through Nicholas J. Woychick,

Assistant United States Attorney for the District of Idaho, and Plaintiff Laurie Dettrich, by and

through her attorneys of record, Julie Klein Fischer, Morrow & Fischer, PLLC and Scott L. Rose,

and hereby stipulate and agree that the above-entitled matter may be dismissed in its entirety with

prejudice.  It is further agreed each party is to bear their own costs and attorney's fees.


**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

Dated this _____28th_____ day of June, 2012.

WENDY J. OLSON
United States Attorney
By

_____
NICHOLAS J. WOYCHICK
Assistant United States Attorney

Dated this _____26_____ day of June, 2012.

_____
JULIE KLEIN FISCHER
MORROW & FISCHER
Attorney for Plaintiff

Dated this _____25_____ day of June, 2012.

Civil No. 10-0434-S-WBS
Attorney for Laurie Dettrich

By:  _____ ID BAR No. 4187
Scott L Rose
300 W. Main St., Suite 153
Boise, ID 83702
Attorney for Plaintiff

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**