UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAURIE DETTRICH, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIC K. SHINSEKI, Secretary, United States Department of Veterans Affairs,<br><br>                Defendant. | Civil No. 10-0434-S-WBS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon review of the Stipulation for Dismissal With Prejudice, and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

DATED:  July 30, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE